THE RUTGERS CHAPTER OF THE DELTA UPSILON FRA-
TERNITY, APPELLANT, v. CITY OF NEW BRUNSWICK
ET AL., RESPONDENTS.

Argued February 3 and 4, 1943—Decided May 18, 1943.

For the appellant, *John B. Molineux.*

For the respondents, *Paul W. Ewing* and *Saul A. Wittes.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, DEAR, WELLS, RAFFERTY, HAGUE, JJ.  7.

*For reversal*—DONGES, PORTER, THOMPSON, JJ.  3.